UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 16-078 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| SHAHIN TABATABAEI, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:   Conspiracy to Violate the International Emergency Economic Powers Act; International Emergency Economic Powers Act

<u>Date of Detention Hearing</u>:   February 23, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant was indicted in the Central District of California in 2013 on the above-referenced charges (Case No. CR13-158). Although the Indictment was apparently open, defendant was not arrested on the Indictment until now, despite travel across the U.S.-Canadian border on numerous occasions over the past few years. On this occasion, he was arrested when returning to Canada from a family trip to Washington State. He resides in British Columbia, Canada, and has both Canadian and Iranian passports. He has no ties to either this District or the charging District. He has some family ties to Iran, and also has business ties to Mexico.

2. Defendant poses a risk of nonappearance based on foreign ties to Canada, Mexico, and Iran, limited ties to the U.S., and possession of dual passports. Defendant poses a risk of danger due to the nature of the instant charges, but this risk is of lesser significance. The Court notes that the charging District may wish to revisit the issue of detention upon Defendant's first appearance in that District.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 24th day of February, 2016.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3